UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ERNESTO LOPEZ,                          :    23cv2950 (DLC)
                                        :              (JLC)
                     Petitioner,        :
          -v-                           :    ORDER
                                        :
RESIDENTIAL REENTRY MANAGER,            :
                                        :
                     Respondent.        :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes.  On April 10, 2023, the above captioned case was referred to Magistrate Judge James L. Cott.  It is hereby

    ORDERED that the referral to the Magistrate Judge is vacated.

Dated:    New York, New York
          April 12, 2023

                                        DENISE COTE
                              United States District Judge